**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOAM AMAR, NOMI HAZAN,<br><br>  Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendant. | Case No.: CV 21-6752-CBM-(ADSx)<br><br>**JUDGMENT [JS-6]** |

Consistent with the Order re: Briefs on the Administrative Record, judgment is entered in favor of Plaintiffs Noam Amar and Nomi Hazan, and against Defendant Alejandro Mayorkas, Secretary of Homeland Security, United States Department of Homeland Security.

DATED: December 19, 2022.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1